# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Norfolk Division

In re:  Carl Ferguson Saunders  
       Jean Parker Saunders

Case No.: 07-72672-SCS

Chapter 13

## REPORT OF DEPOSIT OF UNCLAIMED FUNDS

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The unclaimed funds represent the dividend(s) due and payable to:

| Creditor's Name and Address | Amount of Dividend |
|---|---|
| Carl Ferguson Saunders<br>1321 Pheasant Circle<br>Suffolk, VA  23434 | $6.12 |

Dated: September 29, 2011

/s/ R. Clinton Stackhouse, Jr.  
Chapter 13 Trustee